No. 977. S. J. GROVES & SONS Co. *v.* WARREN, COMPTROLLER GENERAL. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Messrs. O. R. McGuire* and *O. R. McGuire, Jr.* for

petitioner. *Solicitor General Fahy, Assistant Attorney General Shea,* and *Mr. Valentine Brookes* for respondent.

No. 1003. LUBAR, TRUSTEE, *v.* HARTMAN. June 7, 1943. Petition for writ of certiorari to the United States Court of Appeals for the District of Columbia denied. MR. JUSTICE RUTLEDGE took no part in the consideration or decision of this application. *Mr. William R. Lichtenberg* for petitioner.